**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000548
01-MAY-2019
08:42 AM**

NO. CAAP-17-0000548

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DALE R. FISCHER,
Plaintiff-Appellant,
v.
CIT BANK N.A. formerly known as
ONEWEST BANK, FSB; OWB RWO LLC; MARCO DEFANIS,
as Trustee of THE MARCO DEFANIS
TRUST DATED FEBRUARY 2, 2007,
Defendants-Appellees,
and
DOE DEFENDANTS 1-50,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 16-1-0564)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Leonard, Presiding Judge, and Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice, filed on April 23, 2019, by the parties, and the records and files herein, it appears that (1) the parties have reached a settlement and seek to dismiss the appeal with prejudice pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), (2) the stipulation is signed by counsel for all of the parties, and (3) the parties agree to bear their own attorneys' fees and costs.  Therefore,

IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal With Prejudice is approved and the appeal is dismissed

with prejudice.   Each party shall bear their own costs and attorneys' fees.

DATED:   Honolulu, Hawai'i, May 1, 2019.

Presiding Judge

Associate Judge

Associate Judge